IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| MARK ANTHONY JOHNSON, #862209 § | |
| § | |
| v. § | CIVIL ACTION NO. G-03-425 |
| § | |
| DOUG DRETKE, DIRECTOR § | |
| OF TDCJ-CID § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on May 24, 2005, to which Petitioner has filed his Objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the "Petition for a Writ of Habeas Corpus" of Mark Anthony Johnson (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 17th day of June, 2005.

_____
Samuel B. Kent
United States District Judge